CHRISTOPHER CHIOU
Acting United States Attorney
Nevada State Bar Number 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 15 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY RIVAS,<br><br>Defendant. | **SUPERSEDING CRIMINAL INDICTMENT**<br><br>Case No.: 2:22-cr-00044-APG-VCF<br><br>**VIOLATIONS:**<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), and 846 – Conspiracy to Distribute a Controlled Substance<br><br>18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) – Dealing in Firearms without a License<br><br>18 U.S.C. §§ 922(o) and 924(a)(2) – Unlawful Possession or Transfer of a Machine Gun<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi) – Distribution of a Controlled Substance<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of a Controlled Substance<br><br>21 U.S.C. § § 841(a)(1) and 841(b)(1)(B)(vi) – Possession with Intent to Distribute a Controlled Substance |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Conspiracy to Distribute a Controlled Substance
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), and 846)

1

Beginning from a date unknown and continuing up to and including on or about February 24, 2022, in the State and Federal District of Nevada,

**ANTHONY RIVAS,**

the defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the grand jury, to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi) and 846.

**COUNT TWO**
Dealing in Firearms without a License
(18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

On or about December 16, 2021, in the State and Federal District of Nevada,

**ANTHONY RIVAS,**

the defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT THREE**
Illegal Possession of a Machine Gun
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about December 16, 2021, in the State and Federal District of Nevada,

**ANTHONY RIVAS,**

the defendant herein, did knowingly possess a machine gun, to wit: four Glock selector switches used to modify Glock semi-automatic firearms to fire as fully automatic weapons, enabling the firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR
Distribution of a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about December 16, 2021, in the State and Federal District of Nevada,

**ANTHONY RIVAS,**

the defendant herein, did knowingly and intentionally distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
Dealing in Firearms without a License
(18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

On or about January 12, 2022, in the State and Federal District of Nevada,

**ANTHONY RIVAS,**

the defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT SIX
Illegal Possession of a Machine Gun
(18 U.S.C. §§ 922(o) and 924(a)(2))

On or about January 12, 2022, in the State and Federal District of Nevada,

**ANTHONY RIVAS,**

the defendant herein, did knowingly possess a machine gun, to wit: a drop in auto sear used to modify a Diamondback model DB 15 multi-caliber rifle bearing serial number DB2456526, enabling said firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT SEVEN
### Distribution of a Controlled Substance
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

On or about January 13, 2022, in the State and Federal District of Nevada,

**ANTHONY RIVAS,**

the defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT EIGHT
### Distribution of a Controlled Substance
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

On or about February 15, 2022, in the State and Federal District of Nevada,

**ANTHONY RIVAS,**

the defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT NINE
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

On or about February 24, 2022, in the State and Federal District of Nevada,

**ANTHONY RIVAS,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**DATED:** this 15th day of March 2022.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
Acting United States Attorney

By
MELANEE SMITH
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA